# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS LOCAL 17 PENSION, WELFARE AND ANNUITY FUNDS, AND THE JOINT TRADE BOARD, <br><br> Plaintiffs, <br><br> v. <br><br> AJR MECHANICAL INSULATION, INC., an Illinois corporation, <br><br> Defendant. | JURY DEMANDED <br><br> No. 10 cv 4232 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Sidney I. Schenkier |

## MOTION FOR JUDGMENT IN A SUM CERTAIN

Plaintiffs, by one of their attorneys, respectfully request this honorable Court to enter a judgment in a sum certain in favor of plaintiffs and against defendant AJR Mechanical Insulation, Inc.

In support thereof, plaintiffs state as follows:

1. An order of default in favor of all plaintiffs and against defendant AJR Mechanical Insulation, Inc. ("AJR") was entered on August 31, 2010.

2. Audits on AJR for the time period January 1, 2007 through December 31, 2010, have been completed.

3. The combined audits reflect that the unpaid contributions total $42,599.75. *See* Declaration of Jac A. Cotiguala attached as Exhibit 1.

4. Pursuant to the fund document as provided by ERISA, the penalty on the unpaid contributions total $62,454.14. *See* Exhibit 1.

5. The costs of the audits which defendant is required to pay totals $16,585.33. *See* Exhibit 1.

6. The attorney fees and costs incurred by plaintiffs are $6,855.06. *See* Exhibit 1.

WHEREFORE, plaintiffs request this honorable Court to enter a judgment in favor of plaintiffs and against defendant AJR Mechanical Insulation, Inc. in the amount of $128,494.28.

Respectfully submitted,

Dated: January 14, 2011						By: /s/ Jac A. Cotiguala
										One of Plaintiffs' Attorneys

Jac A. Cotiguala
Brian D. Massatt
JAC A. COTIGUALA & ASSOCIATES
431 South Dearborn Street, Suite 606
Chicago, IL 60605
(312) 939-2100